IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES D
DENVER

JAN 2 2007

Civil Action No. 06-CV-02493-RPM

LORI J. MCCONNAUGHEY,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

---

### ORDER GRANTING MOTION FOR WITHDRAWAL
### OF APPEARANCE OF S. KATO CREWS

---

THE COURT having reviewed the Motion for Withdrawal of Appearance of S. Kato Crews, and being fully advised in the premises, hereby

GRANTS the Motion for Withdrawal of Appearance. Having shown good cause for withdrawal pursuant to D.C.Colo.LCivR 83.3(D), S. Kato Crews is permitted to withdraw his representation of Defendant Equifax Information Services, LLC, in the above-captioned matter.

Dated this 2nd day of January, 2007.

BY THE COURT:

_____

{A0088458 / 1}

1

