UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2007

GREGORY C. LANGHAM
CLERK

LORI McCONNAUGHEY                    )        CASE NO 1:06cv2493
                                     )
          Plaintiff,                 )
                                     )
    v.                               )
                                     )
EQUIFAX INFORMATION                  )
SERVICES LLC,                        )
                                     )
          Defendant.                 )

## ORDER

CONSIDERING the foregoing Agreed Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and

demands of plaintiff, LORI McCONNAUGHEY, against Defendant EQUIFAX

INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH

PREJUDICE, each party to bear her/its own costs.

This 31st day of August, 2007.

JUDGE, United States District Court

US1900.9161423.1